# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI LEE IRWIN, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | No. 19-5109 |
| SECURITY ADMINISTRATION, | : | |
|    Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, this 17th day of April, 2020, upon consideration of Plaintiff Toni Lee Irwin's Brief in Support of her Request for Review (doc. 14), the Commissioner's Response (doc. 15), and her Reply (doc. 16) it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE